# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WILLIAM CARL MISIEWICZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70038 |

**FILED**

JUN 23 2016

TRACIE K. LINDEMAN
**CLERK** OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed a notice of appeal on March 17, 2016. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.       _____ J.
Cherry                                              Gibbons

---

[1]In light of this order, we take no action on the pro se motion filed May 25, 2016.

16-19619

cc: Hon. Douglas Smith, District Judge
William Carl Misiewicz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk